JOHN V. MORRIS, Appellant, *v.* CHEMICAL BANK & TRUST COMPANY, Respondent.

Submitted July 20, 1943; decided October 7, 1943.

*Adolph Hirsch Rosenfeld* for motion.

*Lester Kissel* opposed.

Motion dismissed, without costs, on the ground that the application was not made within the time specified in section 592, subdivision 3, of the Civil Practice Act. (*Pollak* v. *Port Morris Bank,* 257 N. Y. 287, 288; *Low* v. *Bankers Trust Co.,* 265 N. Y. 264, 265; *Metropolitan Casualty Ins. Co.* v. *Public Nat. Bank & Trust Co.,* 262 N. Y. 614.)